RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ONE MAPLE STREET ASSOCIATES
LIMITED PARTNERSHIP,

    Plaintiff,

v.

BRUEGGER'S CORPORATION AND
BRUEGGER'S ENTERPRISES, INC.

    Defendants.

Civil Action No. _____

**04-12222 PBS**

MAGISTRATE JUDGE _____

## NOTICE OF REMOVAL

To: The Honorable Judges of the United States District Court for the District of Massachusetts

- And -

Stephen P. Rahavy, Esq.
Attorney for Plaintiff
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA 02109-4900

- And -

Clerk of the Superior Court
Suffolk County, Massachusetts
810 U.S. Post Office & Courthouse, 8th Floor
90 Devonshire Street
Boston, MA 02109

Pursuant to 28 U.S.C. § 1441(a) and (b), Defendant BRUEGGER'S ENTERPRISES, INC. ("Enterprises"), a Delaware corporation, by and through its attorneys, hereby removes the above-captioned action from the State of Massachusetts, County of Suffolk, to the United States District Court for the District of Massachusetts.

In support of this Removal Petition, Enterprises respectfully states as follows:

I. **The State Court Action**

1. On September 28, 2004, Plaintiff One Maple Street Associates Limited Partnership ("Plaintiff") commenced a civil action against Enterprises and another defendant in the Trial Court of Massachusetts, Superior Court Department, Suffolk County, Massachusetts, entitled *One Maple Street Associates Limited Partnership v. Bruegger's Corporation and Bruegger's Enterprises, Inc.* as Civil Action Number 04-4281 (the "State Court Action"). A copy of the complaint in the State Court Action (complete with the exhibits to the complaint) is attached hereto as exhibit A.

2. Plaintiff purported to serve the summons and a copy of the complaint for the State Court Action on or about September 29, 2004, by certified mail. A copy of the summons and the cover letter is attached hereto as Exhibit B. Aside from the summons and complaint, no further process, pleadings or orders have been served upon Enterprises or have been had in the State Court Action. A certified copy of the Superior Court docket is annexed hereto as Exhibit C.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days after Enterprises was served with a copy of the summons and complaint for the State Court Action.

4. Written notice of the filing of this Notice of Removal shall be promptly given to Plaintiff, together with a copy of the Notice of Removal, and is being filed with the Clerk of the Trial Court of Massachusetts, Superior Court Department, Suffolk County, Massachusetts pursuant to 28 U.S.C. § 1446(d).

## II.   Basis for Subject Matter Jurisdiction

1.   This Court has original subject matter jurisdiction over the claims in the State Court Action pursuant to the provisions of 28 U.S.C. § 1332 and the State Court Action is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(b).

### A.   Complete Diversity

2.   The State Court Action is a suit of a civil nature. Enterprises is a Delaware corporation with its principal place of business in Burlington, Vermont. (Complaint ¶3.) Defendant Bruegger's Corporation ("Bruegger's) is a Delaware corporation with its principal place of business in Vermont. (Complaint ¶2.) Plaintiff is a real estate limited partnership organized under the laws of the Massachusetts with a principal place of business in Boston, Massachusetts. (Complaint ¶1.) Thus, there is complete diversity of citizenship between the parties.

### B.   Amount In Controversy Exceeds $75,000.00

3.   Further, the complaint in the State Court Action demonstrates that the amount in controversy exceeds $75,000 exclusive of interest and costs. Specifically, Plaintiff is seeking to recover in excess of $230,000 (Complaint, ¶7) from defendants under three theories: breach of contract - account stated (Count I); breach of contract (Count II); and M.G.L. Chapter 93A (Count III). In addition, Plaintiff is seeking treble damages and attorneys' fees. (See, Complaint, Exhibit A hereto)

WHEREFORE, BRUEGGER'S ENTERPRISES, INC. respectfully requests that the above-captioned action now pending in the Trial Court of Massachusetts, Superior Court Department, Suffolk County, Massachusetts, case number 04-4281 and entitled *One Maple*

*Street Associates Limited Partnership v. Bruegger's Corporation and Bruegger's Enterprises, Inc.* be removed to this Court forthwith.

October __, 2004

Respectfully submitted,

BRUEGGER'S ENTERPRISES, INC.
By its Attorneys

By: ___/s/ Robert B. Smith/___
Robert B. Smith, BBO# 546580
Marcia K. Rosenn, BBO#656542
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th floor
Boston, MA 02109
Phone: (617) 778-7500
Fax:    (617) 778-7501

## CERTIFICATE OF SERVICE

I, Robert B. Smith, an attorney, hereby certify that I caused true and correct copies of the foregoing Notice of Removal to be served upon the parties listed below via hand delivery this 22nd day of October 2004.

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA 02109-4900
Attorney for Plaintiff

Christopher J. Panos
Craig and Macauley Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Attorney for Bruegger's Corporation

Clerk of the Superior Court
Suffolk County, Massachusetts
810 U.S. Post Office & Courthouse, 8th Floor
90 Devonshire Street
Boston, MA 02109

___/s/ Robert B. Smith/___
Robert B. Smith