LAW OFFICES OF

# STEPHEN PAUL RAHAVY

2 OLIVER STREET

8TH FLOOR

BOSTON, MASSACHUSETTS 02109-4900

TELEPHONE (617) 451-0700

FACSIMILE (617) 451-2525

E-MAIL

srahavylaw@aol.com

www.stephenrahavy.com

September 29, 2004

**VIA CERTIFIED-MAIL**
**RETURN RECEIPT REQUESTED**
**PARCEL NO.: 7001 1940 0005 3549 0615**

Bruegger's Corporation
159 Bank Street
Burlington, VT 05402

> Re:    One Maple Street Associates Limited Partnership v.
>        Bruegger's Corporation and Bruegger's Enterprises, Inc.
>        Suffolk County Superior Court
>        Civil Action No.: 04-4281-F

Dear Sir/Madam:

Enclosed herewith please find a copy of the Summons together with a copy of the Complaint and Civil Action Cover Sheet in connection with the above-referenced matter. This letter constitutes service of same.

Please do not hesitate to contact me with any comments or questions you may have regarding this matter.

Very truly yours,

Stephen P. Rahavy

SPR/rcp
Enclosure
cc:    Stephen R. Lewinstein
       William C. Kaplan, Esq.

Miscase/1MapleStAssocvBrueggers/Correspondence/ltr Brueggers Corporation serve Summons.doc

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-4281-F

One Maple Street Associates Limited Partnership , Plaintiff(s)

v.

Bruegger's Corporation & Bruegger's Enterprises, Inc., Defendant(s)

## SUMMONS

To the above-named Defendant: Bruegger's Enterprises, Inc., 159 Bank Street, Burlington, VT 05402

　　　You are hereby summoned and required to serve upon Stephen P. Rahavy, Esq., Law Offices of
Stephen P. Rahavy

plaintiff's attorney, whose address is 2 Oliver Street, 8th Floor, Boston, MA 02109 , an answer to
the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You are also required to file your answer to the complaint in the office
of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable
time thereafter.

　　　Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject
matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

　　　Witness, ~~ROBERT A. MULLIGAN~~ Suzanne V. DelVecchio Esquire, at Boston, the 28th day of
September , in the year of our Lord ~~two~~ thousand ~~nine hundred~~ and four .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant,
each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED

　　(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

Form CIV.P.1 3RD Rev. 20M 1/94

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.