MAS-20030912        Commonwealth of Massachusetts        10/20/2004
leakes        SUFFOLK SUPERIOR COURT        11:21 AM
Case Summary
Civil Docket

### SUCV2004-04281
### One Maple Street Associates Limited Partnership v Bruegger's Corporation et al

| | | | | | |
|---|---|---|---|---|---|
| File Date | 09/28/2004 | Status | Needs review for service (acneserv) | | |
| Status Date | 09/28/2004 | Session | F - Civil F | | |
| Origin | 1 | Case Type | A08 - Sale/lease real estate | | |
| Lead Case | | Track | F | | |
| Service | 12/27/2004 | Answer | 02/25/2005 | Rule12/19/20 | 02/25/2005 |
| Rule 15 | 02/25/2005 | Discovery | 07/25/2005 | Rule 56 | 08/24/2005 |
| Final PTC | 09/23/2005 | Disposition | 11/22/2005 | Jury Trial | No |

#### PARTIES

**Plaintiff**
One Maple Street Associates Limited Partnership
Active 09/28/2004

**Private Counsel 410810**
Stephen P Rahavy
2 Oliver Street
8th floor
Boston, MA 02109-4900
Phone: 617-451-0700
Active 09/28/2004 Notify

**Defendant**
Bruegger's Corporation
Service pending 09/28/2004

**Defendant**
Bruegger's Enterprises, Inc
Service pending 09/28/2004

#### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 09/28/2004 | 1.0 | Complaint filed |
| 09/28/2004 | | Origin 1, Type A08, Track F. |
| 09/29/2004 | 2.0 | Civil action cover sheet filed |

#### EVENTS

case01 242052 y y y y y        Page 1 of 1

I HEREBY ATTEST AND CERTIFY ON
Oct. 20, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

Asst. Clerk