UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 OCT 27 P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> BRUEGGER'S CORPORATION AND BRUEGGER'S ENTERPRISES, INC., <br><br> Defendants. | Civil Action No. 04-12222 (PBS) |

## ANSWER BY BRUGGER'S CORPORATION

Defendant Bruegger's Corporation ("Defendant") hereby answers the Verified Complaint (the "Complaint") of plaintiff One Maple Street Associates Partnership Limited ("Plaintiff") as follows:

1.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2.  Defendant admits the allegations contained in Paragraph 2 of the Complaint.

3.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint.

4.  Defendant repeats and incorporates by reference its answers in Paragraphs 1-3 herein.

5. Defendant admits the allegations contained in Paragraph 5 of the Complaint.

6. Defendant admits the allegations contained in Paragraph 6 of the Complaint.

7. Defendant admits counsel received Exhibit B to the Complaint, but denies the remaining allegations contained in Paragraph 7 of the Complaint to the extent they seek construe anything further.

8. Defendant denies the allegations contained in Paragraph 8 of the Complaint, but admits that it has not made all payments pursuant to the lease between Plaintiff and Defendant ("the "Lease").

9. Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in Paragraph 10 of the Complaint.

11. Defendant repeats and incorporates by reference its answers in Paragraphs 1-10 herein.

12. Defendant denies the allegations contained in Paragraph 12 of the Complaint, but admits that it breached the lease between Plaintiff and Defendant by vacating the Premises before the Lease had expired and by failing to make certain payments pursuant to the Lease.

13. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

14. Defendant denies the allegations contained in Paragraph 14 of the Complaint.

15. Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16. Defendant repeats and incorporates by reference its answers in Paragraphs 1-15 herein.

17. Defendant admits the allegations contained in Paragraph 17 of the Complaint insofar as they relate to Defendant, but is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint insofar as they relate to defendant Bruegger's Enterprises, Inc.

18. Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19. Defendant denies the allegations contained in Paragraph 19 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred by the doctrine of waiver.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff may not recover part or all of the damages claimed against Defendant because Plaintiff failed to mitigate its damages.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred in full or in part by the statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant are barred in full or in part by the Lease.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant will rely upon such other and further defenses as may become available or apparent during discovery or otherwise and hereby reserves the right to amend this Answer and to assert any such defense by appropriate motion.

WHEREFORE, Defendant Bruegger's Corporation demands that judgment be entered for Defendant on the claims against it, together with costs and reasonable attorneys fees.

## DEMAND FOR JURY TRIAL

Defendant Bruegger's Corporation hereby claims a trial by jury as to all counts so triable.

                                      BRUEGGER'S CORPORATION,
By its attorneys,

CRAIG AND MACAULEY
PROFESSIONAL CORPORATION

October 27, 2004

Christopher J. Panos (BBO #555273)
Joseph J. Koltun (BBO#641117)
Craig and Macauley
 Professional Corporation
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 367-9500

## CERTIFICATE OF SERVICE

I, Joseph J. Koltun, hereby certify that on October 27, 2004, I caused true and accurate copies of the foregoing *Answer By Bruegger's Corporation* to be served by U.S. mail, postage prepaid, to the parties listed below.

Joseph J. Koltun

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy
2 Oliver Street, 8th Floor
Boston, MA 02109-4900

Attorney for Plaintiff


Robert B. Smith, Esq.
Marcia K. Rosenn, Esq.
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109

Attorneys for Defendant Bruegger's Enterprises, Inc.