UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP, )<br><br>Plaintiff, )<br><br>v. )<br><br>BRUEGGER'S CORPORATION AND BRUEGGER'S ENTERPRISES, INC. )<br><br>Defendants. ) | CIVIL ACTION NO. 04-12222PBS |

*[FILED IN CLERK'S OFFICE 2004 OCT 27 P 2: — U.S. DISTRICT COURT DISTRICT OF MASS.]*

## DEFENDANT BRUEGGER'S ENTERPRISES, INC.'S MOTION TO DISMISS

Defendant BRUEGGER'S ENTERPRISES, INC. ("Enterprises"), pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Honorable Court to dismiss each of three claims the Plaintiff has asserted against it. In support of this motion, Enterprises states:

1. This action arises out of a commercial lease allegedly entered into between Plaintiff, One Maple Street Associates Limited Partnership ("Plaintiff") and the other defendant in this matter, BRUEGGER'S CORPORATION ("Bruegger's").

2. Plaintiff claims that Bruegger's has allegedly failed to pay it amounts due under the lease. A copy of the lease is annexed to the Verified Complaint and shows plainly that Enterprises in not a party to it. Thus, plaintiff has no claim for "Contract-Account Stated" (Count I) or "Breach of Contract") (Count II) against Enterprises.

3. The Verified Complaint fails to set forth a single factual allegation sufficient to state a claim that Enterprises is in any way liable to plaintiff for the alleged breach of lease by Bruegger's.

4. As to Enterprises, The Verified Complaint sets forth only the bare legal conclusion that Enterprises is "a successor corporation liable for the obligations of Bruegger's." No facts of any kind are pleaded in support of this claim and the complaint fails as a matter of substantive law governing the issue of successor liability for the debts of another.

5. The complaint should also be dismissed under FED.R.CIV.P. 9(a) as well since it fails to meet the required specificity for what is essentially a fraud claim under M.G.L. c.93A (Count III).

6. Enterprises will serve upon Plaintiff a motion for sanctions under FED.R.CIV.P. 11, but not file that motion with this Court in compliance with the requirements of the Rule.

In support of this motion, the Court is respectfully referred to Enterprises' Memorandum of Law filed herewith and to the Verified Complaint with Exhibits filed with the Court on October 22, 2004 in connection with the Notice of Removal.

WHEREFORE, in Defendant BRUEGGER'S ENTERPRISES, INC. respectfully requests that this Honorable Court:

A. Dismiss Counts I, II and III as to BRUEGGER'S ENTERPRISES, INC.;

B. Award Bruegger's Enterprises the attorneys' fees incurred by it on this motion; and

C. Grant such other, further and different relief as the Court shall deem just.

October 27, 2004

Respectfully submitted,

BRUEGGER'S ENTERPRISES, INC.
By its Attorneys

By: _____
Robert B. Smith, BBO# 546580
Marcia K. Rosenn, BBO#656542
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th floor
Boston, MA 02109
Phone: (617) 778-7500
Fax:    (617) 778-7501

## CERTIFICATE OF SERVICE

      I, Robert B. Smith, an attorney, hereby certify that I caused true and correct copies of the foregoing Motion to Dismiss to be served upon the parties listed below via hand delivery this 27th day of October 2004.

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA  02109-4900
Attorney for Plaintiff

Christopher J. Panos
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Attorney for Bruegger's Corporation

_____
Robert B. Smith