## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SUFFOLK, ss.                                                        SUPERIOR COURT
                                                                    C.A. NO.: 04-12222PBS

|  |  |
|---|---|
| ONE MAPLE STREET ASSOCIATES, LIMITED PARTNERSHIP, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BRUEGGER'S CORPORATION, | ) ) ) |
| and | ) ) |
| BRUEGGER'S ENTERPRISES, INC., | ) ) ) |
| Defendants. | ) ) |

### RETURN OF SERVICE ON BRUEGGER'S CORPORATION
### BY AFFIDAVIT OF STEPHEN P. RAHAVY

Having first been duly sworn, I, Stephen P. Rahavy, on oath depose and state the following:

1.  On September 28, 2004, I sent a Summons and the Complaint in this action by Certified Mail, Return Receipt Requested, Parcel No. 7001 1940 0005 3549 0615, to the Defendant, Bruegger's Corporation.

2.  On October 1, 2004, the Certified Mail, Return Receipt Requested, Parcel No. 7001 1940 0005 3549 0615, was received by the Defendant, Bruegger's Corporation.

3.  The original Return Receipt ("Green Card") is attached hereto as **EXHIBIT "A"**.

4.  Service was made pursuant to G.L. c. 223A, the "Long-Arm Statute."

5.  This return of service is made in compliance with G.L. c. 223A, §6.

Signed under the pains and penalties of perjury this 5th day of November 2004.

_____
Stephen P. Rahavy, Affiant

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party (by mail)(by hand) on 11-05-04

_____
Signature


EXHIBIT "A"

| SENDER | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | Received by (Please Print Clearly)  B. Date of Delivery 12-1-04<br>Signature  x Paul Breault  ☒ Agent |

1. Article Addressed to:
Bruegger's Corporation
~~159 Park Street~~
Burlington, VT 05402

(1 Maple St. v. Bruegger's)

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7001 1940 0005 3549 0615

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 04-4281-F

One Maple Street Associates Limited Partnership , Plaintiff(s)

v.

Bruegger's Corporation & Bruegger's Enterprises, Inc. , Defendant(s)

## SUMMONS

To the above-named Defendant: Bruegger's Corporation, 159 Bank Street, Burlington, VT 05402

You are hereby summoned and required to serve upon Stephen P. Rahavy, Esq., Law Offices of Stephen P. Rahavy plaintiff's attorney, whose address is 2 Oliver Street, 8th Floor, Boston, MA 02109 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, ~~ROBERT A. MULLIGAN~~ Suzanne V. DelVecchio Esquire, at Boston, the 28th day of September , in the year of our Lord two thousand and four .

*Michael Joseph Donovan*
Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT  (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF   (5) OTHER

Form CIV.P.1 3RD Rev. 20M 1/94

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 19___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated:_____, 19___.                        _____

 

**N.B. TO PROCESS SERVER:–**
PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN
THIS BOX **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

                                                      , 19 .

 

**Commonwealth of Massachusetts**

SUFFOLK, ss.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION
No. 04-4281-F

One Maple Street Associates Limited Partnership , Plf(fs)k

v.

Brugger's Corporation & Bruegger's Enterprises, Inc. , Deft(s).

SUMMONS
(Mass. R. Civ. P. 4)

(AFFIX FILING STAMP HERE)