UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**One Maple Street Associates Limited Partnership,**

        Plaintiff,                                CIVIL ACTION
                                                     NO.   04-12222-PBS

    v.

**Bruegger's Corporation, et al**,

        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                           November 19, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Dismiss on **December 14, 2004**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                     By the Court,

                                                                     /s/ Robert C. Alba
                                                                   Deputy Clerk

Copies to:  All Counsel