UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>BRUEGGER'S CORPORATION AND BRUEGGER'S ENTERPRISES, INC.<br><br>Defendants. | CIVIL ACTION NO. 04-12222PBS |

## DEFENDANT BRUEGGER'S ENTERPRISES, INC.'S MOTION FOR RULE 11 SANCTIONS

Defendant Bruegger's Enterprises, Inc. ("Enterprises"), pursuant to Federal Rule of Civil Procedure 11, respectfully moves this Honorable Court for an award of sanctions, including attorneys' fees, against plaintiff's counsel. In support of this motion, Enterprises states:

1. The Verified Complaint prepared, filed and served in this action is so plainly inadequate and so lacking in both substantive factual allegations and controlling legal principles that the pleading itself shows that plaintiff's attorney ignored his affirmative obligation under Rule 11 to conduct a reasonable inquiry into the facts and the law before filing suit.

2. The Verified Complaint does not set forth a single substantive factual allegation of wrongdoing on the part of Enterprises. See, <u>Memorandum Of Law In Support Of Defendant Bruegger's Enterprises Inc.'s Motion To Dismiss</u> filed October 27, 2004 and incorporated herein.

3. The Verified Complaint wholly ignores well-settled substantive law governing the imposition of "successor liability" for the debts and obligations of another and makes only the conclusory allegation, without support of any kind, that Enterprises in "a successor corporation." No factual allegations of any kind are pleaded in support of this naked legal conclusion.

4. The Verified Complaint is frivolous, factually inadequate and legally without merit.

5. Enterprises is serving this motion for sanctions under FED. R. CIV. P. 11 on plaintiff's counsel on October 28, 2004, but will not file this motion with the Court until the appropriate time in compliance with Rule 11.

In support of this motion, the Court is respectfully referred to the <u>Memorandum of Law In Support Of Defendant Bruegger's Enterprises, Inc.'s Motion To Dismiss</u> filed and served on October 27, 2004 and to the <u>Verified Complaint with Exhibits</u> filed with the Court on October 22, 2004.

WHEREFORE, Defendant BRUEGGER'S ENTERPRISES, INC. respectfully requests that this Honorable Court:

A. Impose sanctions under Rule 11 upon plaintiff's counsel;

2

B.  Award Bruegger's Enterprises the attorneys' fees incurred by it in connection with the Notice Of Removal filed October 22, 2004, the Rule 12(b)(6) motion to dismiss filed October 27, 2004, and this motion under Rule 11; and

C.  Grant such other, further and different relief as the Court shall deem just.

October 28, 2004

Respectfully submitted,

BRUEGGER'S ENTERPRISES, INC.
By its Attorneys

By: /s/ Robert B. Smith
Robert B. Smith, BBO# 546580
Marcia K. Rosenn, BBO#656542
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th floor
Boston, MA 02109
Phone: (617) 778-7500
Fax:     (617) 778-7501

## CERTIFICATE OF SERVICE

I, Robert B. Smith, an attorney, hereby certify that I caused true and correct copies of the foregoing Defendant Bruegger's Enterprises, Inc.'s Motion For Rule 11 Sanctions to be served upon the parties listed below via hand delivery this 28th day of October 2004.

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA  02109-4900
Attorney for Plaintiff

Christopher J. Panos
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Attorney for Bruegger's Corporation

/s/ R. B. Smith
Robert B. Smith