UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRUEGGER'S CORPORATION AND BRUEGGER'S ENTERPRISES, INC. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-12222PBS |

## CERTIFICATION OF COMPLIANCE
## WITH FED. R. CIV. P. 11

I, Robert B. Smith, do hereby certify:

1. In compliance with Rule 11, I served, but did not file, Defendant, Bruegger's Enterprises, Inc.'s Motion for Rule 11 sanctions and Memorandum of Law upon Plaintiff's counsel by hand-delivery on October 28, 2004.

2. Plaintiff's complaint in this action has not been withdrawn or appropriately corrected within 21 days after service of the Rule 11 Motion.

3. On November 8, 2004, Plaintiff filed its opposition to Defendants' motion to dismiss under Rule 12(b)(6).

Signed under the pains and penalties of perjury this 18th day of November, 2004.

_____
Robert B. Smith

## CERTIFICATE OF SERVICE

    I, Robert B. Smith, an attorney, hereby certify that I caused true and correct copies of the foregoing Certification of Robert B. Smith of Compliance With Rule 11 to be served upon the parties listed below by hand delivery this 18th day of November, 2004.

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA  02109-4900
Attorney for Plaintiff

Christopher J. Panos
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Attorney for Bruegger's Corporation

_____
Robert B. Smith