UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br>v.<br><br>BRUEGGER'S CORPORATION AND BRUEGGER'S ENTERPRISES, INC.,<br><br>Defendants. | Civil Action No. 04-12222 (PBS) |

JOINT SCHEDULING CONFERENCE STATEMENT

Pursuant to Local Rule 16.1, the undersigned parties state that they have separately conferred on several occasions. Given that the Court has scheduled a hearing on the Motion to Dismiss filed by Bruegger's Enterprises, Inc., counsel submits that a Rule 16.1 conference will be more productive after that motion is determined.

Notwithstanding this, counsel have negotiated a confidentiality agreement that will enable the parties to engage in limited informal discovery to permit the Plaintiff to assess its claims against Bruegger's Enterprises, Inc. and the collectability of any judgment against Bruegger's Corporation.

Counsel to the parties represent that they have conferred with representatives of their respective clients regarding the expense of litigation and possible alternative dispute resolution programs. At this juncture, counsel has been authorized to

engage in the informal discovery process discussed above to pursue a cost effective resolution of this matter.

Given that the nature of the case is dependant on the disposition of the pending motion to dismiss, counsel have not been able to assess an appropriate discovery plan or scheduling order to propose to the Court.

| | |
|---|---|
| BRUEGGER'S ENTERPRISES, INC.<br>By its attorneys | BRUEGGER'S CORPORATION,<br>By its attorneys, |
| NELSON KINDER MOSSEAU &<br>  SATURLEY, P.C | CRAIG AND MACAULEY<br>  PROFESSIONAL CORPORATION |
| /s/Robert Smith_____<br>Robert B. Smith, Esq.<br>Marcia K. Rosenn, Esq.<br>Nelson Kinder Mosseau & Saturley, P.C.<br>45 Milk Street, 7th Floor<br>Boston, MA 02109 | /s/ Christopher J. Panos_____<br>Christopher J. Panos  (BBO #555273)<br>Joseph J. Koltun (BBO#641117)<br>Craig and Macauley<br>  Professional Corporation<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA  02210<br>(617) 367-9500 |

ONE MAPLE STREET ASSOCIATES
  LIMITED PARTNERSHIP
By its attorneys

LAW OFFICES OF STEPHEN P. RAHAVY

/s/ Stephen P. Rahavy_____
Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy
2 Oliver Street, 8th Floor
Boston, MA 02109-4900

December 13, 2004                                          December 13, 2004