UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>BRUEGGER'S CORPORATION AND BRUEGGER'S ENTERPRISES, INC.<br><br>Defendants. | CIVIL ACTION NO. 04-12222PBS |

## ANSWER OF BRUEGGER'S ENTERPRISES, INC.

Defendant Bruegger's Enterprises, Inc. ("Enterprises") answers the Complaint as follows:

### Nature of Action

To the extent this introductory paragraph of the Complaint requires any answer, it is denied.

### The Parties

1.  Enterprises is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1.

2.  Enterprises is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2.

3.  Enterprises admits the allegations of paragraph 3.

### Count I

4.  Enterprises repeats its answers to paragraphs 1 through 3.

5. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 5.

6. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 6.

7. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 7.

8. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 8.

9. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 9.

10. Enterprises denies the allegations of paragraph 10.

## Count II

11. Enterprises repeats its answers to paragraphs 1 through 10.

12. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 12.

13. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 13.

14. Enterprises denies the allegations of paragraph 14.

15. Enterprises is without knowledge or information sufficient to form a belief as to the allegations of paragraph 15.

## Count III

16. Enterprises repeats its answers to paragraphs 1 through 15.

17. Enterprises denies the allegations of paragraph 17.

18. Enterprises denies the allegations of paragraph 18.

19.  Enterprises denies the allegations of paragraph 19.

## Affirmative Defenses

### First Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by estoppel.

### Second Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by laches.

### Third Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by the statute of frauds.

### Fourth Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by the applicable statute of limitations.

### Fifth Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by the plaintiff's failure to mitigate damages.

### Sixth Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by an absence of legal responsibility on the part of the defendant.

### Seventh Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged were the result of the acts or omissions of a third party or parties for whose conduct the defendant is not legally responsible.

### Eighth Affirmative Defense

The claims arising out of the subject matter of the transactions and occurrences alleged are barred by an absence of privity of contract between plaintiff and defendant.

### Ninth Affirmative Defense

The defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery proceedings in this action and hereby reserves the right to amend its Answer and to assert any such defense by appropriate motion.

### Tenth Affirmative Defense

The Complaint fails to state a claim upon which relief may be granted.

### Eleventh Affirmative Defense

The defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery proceedings in this action and hereby reserves the right to amend its Answer and to assert any such defense by appropriate motion.

WHEREFORE Defendant Bruegger's Enterprises, Inc. respectfully requests that this Court dismiss the Complaint against it.

BRUEGGER'S ENTERPRISES, INC.
By its attorney,

_____
Robert B. Smith BBO# 546580
Marcia K. Rosenn, BBO#656542
Nelson, Kinder, Mosseau & Saturley, P.C.
45 Milk Street, Seventh Floor
Boston, MA 02109-5105
(617) 778-7500

## CERTIFICATE OF SERVICE

      I, Robert B. Smith, an attorney, hereby certify that I caused true and correct copies of the foregoing Answer Of Bruegger's Enterprises, Inc. to be served upon the parties listed below via U.S. Mail, first class, postage prepaid this 3rd day of January 2005.

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA 02109-4900
Attorney for Plaintiff

Christopher J. Panos
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Attorney for Bruegger's Corporation

                                                  _____
                                                  Robert B. Smith