UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ONE MAPLE STREET ASSOCIATES )<br>LIMITED PARTNERSHIP, )<br> )<br>     Plaintiff, )<br>v. )<br> )<br>BRUEGGER'S CORPORATION AND )<br>BRUEGGER'S ENTERPRISES, INC. )<br> )<br>     Defendants. )<br>_____) | Civil Action No. 04-12222 (PBS) |

MOTION BY DEFENDANT BRUEGGER'S CORPORATION TO
DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)

Defendant Bruegger's Corporation ("Bruegger's") hereby moves to dismiss the Verified Complaint filed by plaintiff One Maple Street Associates Limited Partnership ("One Maple") pursuant to Fed.R.Civ.P. 12(b)(6). The grounds for this motion are set forth in the accompanying Memorandum of Law dated January 13 2005.

On December 14, 2004, the Court *sua sponte* ordered Bruegger's to file this motion. Pursuant to L.R. D.Mass. 7.1 counsel for Bruegger's met and conferred in good faith with counsel for One Maple in advance of making this motion, but was unable to resolve or narrow the issues presented herein.

January 13, 2005

                        BRUEGGER'S CORPORATION
                        By its attorneys,


                        /s/Joseph J. Koltun
                        Christopher J. Panos  (#555273)
                        Joseph J. Koltun (#641117)
                        CRAIG & MACAULEY, P.C.
                        Federal Reserve Plaza
                        600 Atlantic Avenue
                        Boston, MA 02210
                        (617) 367-9500

## CERTIFICATE OF SERVICE

      I, Joseph J. Koltun, hereby certify that on January 13, 2005, I caused true and accurate copies of (i) *Motion by Defendant Bruegger's Corporationto Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)*, and (ii) *Memorandum of Law of Bruegger's Corporation in Support of the Motion to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)* to be served by electronic and/or U.S. mail, postage prepaid, to the parties listed below.

                                                /s/Joseph J. Koltun
                                                Joseph J. Koltun

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy
2 Oliver Street, 8th Floor
Boston, MA 02109-4900

Robert B. Smith, Esq.
Marcia K. Rosenn, Esq.
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109