UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ONE MAPLE STREET ASSOCIATES )<br>LIMITED PARTNERSHIP, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　 )<br>BRUEGGER'S CORPORATION AND )<br>BRUEGGER'S ENTERPRISES, INC. )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendants. )<br>　　　　　　　　　　　　　　　 ) | Civil Action No. 04-12222 (PBS) |

**MOTION TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT
OF MOTION BY DEFENDANT BRUEGGER'S CORPORATION TO
<u>DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(B)(6)</u>**

Defendant Bruegger's Corporation ("Bruegger's") hereby respectfully moves this Court pursuant to Local Rule 7.1(b)(3) for leave to file a short Reply Memorandum in further support of its motion to dismiss the Complaint of One Maple Street Associates Limited Partnership ("One Maple"). The proposed Reply Memorandum is attached hereto as Exhibit A.

The ground for this Motion is that the Reply Memorandum is necessary to address the argument raised in the Opposition and Memorandum of Law submitted by One Maple, wherein it is asserted that a twenty-year statute of limitation is applicable to this action. The Reply Memorandum is limited to this issue.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Bruegger's conferred with counsel for One Maple on February 2 2005, and counsel for One Maple had no objection to the filing of papers in response to One Maple's Opposition.

February 2, 2005

                      BRUEGGER'S CORPORATION
                      By its attorneys,

                      /s/Joseph J. Koltun
                      Christopher J. Panos  (#555273)
                      Joseph J. Koltun (#641117)
                      CRAIG & MACAULEY, P.C.
                      Federal Reserve Plaza
                      600 Atlantic Avenue
                      Boston, MA 02210
                      (617) 367-9500

## CERTIFICATE OF SERVICE

      I, Joseph J. Koltun, hereby certify that on February 2, 2005, I caused true and accurate copies of (i) *Motion to File a Reply Memorandum in Further Support of Motion by Defendant Bruegger's Corporation to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)* and (ii) *Reply Memorandum in Further Support of Motion by Defendant Bruegger's Corporation to Dismiss Complaint Pursuant to Fed.R.Civ.P. 12(b)(6)* to be served by electronic and/or U.S. mail, postage prepaid, to the parties listed below.

      /s/Joseph J. Koltun
      Joseph J. Koltun

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy
2 Oliver Street, 8th Floor
Boston, MA 02109-4900

Robert B. Smith, Esq.
Marcia K. Rosenn, Esq.
Nelson Kinder Mosseau & Saturley, P.C.
45 Milk Street, 7th Floor
Boston, MA 02109