# SHERBURNE, POWERS, HOLLAND & KNIGHT

A Law Office of **HOLLAND & KNIGHT LLP**

EXHIBIT

"B"

One Beacon Street
Boston, Massachusetts 02108

617-523-2700
FAX 617-523-6850
www.hklaw.com

PHILIP S. LAPATIN
(617) 573-5869
plapatin@hklaw.com

March 24, 1999

CERTIFIED MAIL #P 960 357 560
RETURN RECEIPT REQUESTED

Breugger's Corporation
159 Bank Street
Post Office Box 374
Burlington, Vermont 05402-0374
Attention: Development Department

You are hereby formally notified of your default in the payment of rent and other moneys due under the terms of your lease agreement dated July 23, 1993, relating to a portion of the building located at 11 Maple Street, Danvers, Massachusetts. As of the date hereof, the aggregate amount outstanding is $54,036.79. Unless your account is brought current pursuant to Section 24 of the lease within ten days, we will be entitled to avail ourselves of all available remedies, including the right to terminate the lease and seek damages.

Sincerely yours,

Philip S. Lapatin, as agent and
attorney-in-fact for
One Maple Street Associates

PSL/kb
cc: Sheehey, Brue, Gray & Furlong



**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- The Return Receipt will show to whom the article was delivered and the date delivered.

PSL#43

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:

4a. Article Number
P 960 357 560

4b. Service Type
☒ CERTIFIED

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address
(ONLY if requested and fee paid.)

6. Signature: (Addressee or Agent)
X

PS Form 3811, January 1995

Domestic Return Receipt

PSL #43