

## SHEEHEY FURLONG RENDALL & BEHM
PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

THOMAS D. ANDERSON
R. JEFFREY BEHM
MARK A. CROW
MICHAEL P. DRESCHER
MICHAEL G. FURLONG
CHRISTOPHER R. GANNON
ERIC E. HUDSON
DIANE M. McCARTHY
CHRISTINA REISS
DONALD J. RENDALL, JR.
PAUL D. SHEEHEY

GATEWAY SQUARE
30 MAIN STREET
POST OFFICE BOX 66
BURLINGTON, VERMONT 05402

TELEPHONE (802) 864-9891
FACSIMILE (802) 864-6815

<u>Via Facsimile and U.S. Mail</u>
April 6, 1999

Philip S. Lapatin, Esq.
HOLLAND & KNIGHT LLP
One Beacon Street
Boston, MA 02108

Dear Mr. Lapatin:

    This firm represents Bruegger's Corporation. I am in receipt of your letter of March 24, 1999 in which you have provided notice of default to Bruegger's Corporation for the premises located at 11 Maple Street, Danvers, MA.

    My client is prepared to discuss resolutions of this matter and termination of the lease on mutually agreeable terms. As you are undoubtedly aware, Bruegger's closed that location well over a year ago.

    Please contact me at your earliest convenience to discuss this matter further.

Very truly yours,

SHEEHEY FURLONG RENDALL & BEHM P.C.

Thomas D. Anderson

TDA/jlt

F:\WPDOCS\BC\GEN\LTR\Lapatin

**BRUEGGER'S BAGELS**
**BAKED FRESH**

Bruegger's Corporation ~ 159 Bank Street ~ P.O. Box 374 ~ Burlington, VT 05402
Voice (802) 660-4020 ~ Facsimile (802) 660-4032

RECEIVED SEP 0 1 1999

VIA CERTIFIED MAIL
August 30, 1999

One Maple Street Associates
c/o Capstone Properties
One Davol Square
Providence, RI 02907

Re: 11 Maple Street, Danvers, MA

Dear Sir/Madam:

We have received notice of termination of the Lease Agreement between One Maple Street Associates and Bruegger's Corporation dated July 23, 1993 (the "lease") for the premises located at 11 Maple Street, Danvers, MA. As we have previously advised the landlord, this store has been closed and the premises abandoned since October 1997. Accordingly, you are hereby authorized to take possession of said premises and to retain all fixtures, equipment and other property located therein, without prejudice to either parties' rights under the Lease. We understand that it is the landlord's position that there has been no voluntary surrender of the premises.

Thank you.

Sincerely Yours,

Bruegger's Corporation

By: _____
John Wadhams