COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED OFFICE
2005 FEB [illegible] 1:41
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ONE MAPLE STREET ASSOCIATES,<br>LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>BRUEGGER'S CORPORATION,<br><br>and<br><br>BRUEGGER'S ENTERPRISES, INC.,<br><br>Defendants. | CIVIL ACTION NO.: 04-12222PBS |

**PLAINTIFF'S, ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP, MOTION TO FILE A SUR-REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS OPPOSITION AND MEMORANDUM OF LAW TO THE DEFENDANT'S, BRUEGGER'S CORPORATION, MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**

The Plaintiff, One Maple Street Associates Limited Partnership (hereinafter, "Maple Street") respectfully moves this Court pursuant to Local Rule 7.1(b)(3) for leave to file a short Sur-Reply Memorandum to respond to the issue raised by the Defendant, Bruegger's Corporation (hereinafter, "Bruegger's") in its Reply Memorandum. The Sur-Reply Memorandum is attached hereto as **EXHIBIT "A"**.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Maple Street conferred with counsel for Bruegger's on February 2, 2005, and counsel for Bruegger's had no objection to the filing of a Sur-Reply Memorandum in response to Bruegger's Reply Memorandum.

> The Plaintiff,
> ONE MAPLE STREET
>   ASSOCIATES LIMITED
>   PARTNERSHIP,
> By Its Attorney
>
> _____
> Stephen P. Rahavy, Esq.
> Law Offices of Stephen P. Rahavy
> 2 Oliver Street, 8th Floor
> Boston, MA 02109-4900
> (617) 451-0700
> BBO# 410810

Dated: February 3, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 03·03·05.

_____
Signature