UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**One Maple Street Associates Limited Partnership**

Plaintiff,

        V.                                              Civil Action Number
                                                                      04-12222-PBS

**Bruegger's Corporation**, et al

Defendant.                                                   February 17, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 8/31/05

Summary Judgment Motion filing deadline: 9/15/05

Opposition to Summary Judgment Motions: 9/30/05

Hearing on Summary Judgment or Pretrial Conference: 10/19/05 at 2:00 p.m.

                                                                           By the Court,

                                                                    /s/ Robert C. Alba
                                                                   Deputy Clerk