UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP, | ) ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12222-PBS |
| BRUEGGER'S CORPORATION and BRUEGGER'S ENTERPRISES, INC. | ) ) ) ) | |
| *Defendants.* | ) ) | |

**DEFENDANT BRUEGGER'S ENTERPRISES, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Bruegger's Enterprises, Inc. ("Enterprises"), by and through its attorneys, Nelson, Kinder, Mosseau & Saturley, P.C., moves for summary judgment in its favor on all counts of the plaintiff's Verified Complaint. In support of this Motion, Enterprises relies upon the following documents, which are incorporated herein by reference:

1) Memorandum of Law of Defendant Bruegger's Enterprises, Inc. in Support of Motion for Summary Judgment, including Concise Statement of Material Facts as required by Local Rule 56.1;

2) Affidavit of David T. Austin, in Support of Motion of Defendant Bruegger's Enterprises, Inc's Motion for Summary Judgment;

3) Affidavit of Christopher D. Hawkins in Support of Motion of Defendant Bruegger's Enterprises, Inc's Motion for Summary Judgment.

WHEREFORE, Bruegger's Enterprises, Inc. respectfully requests that this Honorable Court:

A) Enter judgment in it favor on all counts in plaintiff's Verified Complaint;

B) Schedule Oral Argument in this matter; and

C) Grant such other and further relief as may be just and proper.

                                          Respectfully submitted,

                                          BRUEGGER'S ENTERPRISES, INC.
                                          By its Attorneys

Dated: September 15, 2005            By: /s/ Robert B. Smith
                                               Robert B. Smith, BBO# 546580
                                               Nelson Kinder Mosseau & Saturley, P.C.
                                               45 Milk Street, 7th floor
                                               Boston, MA  02109
                                               Phone: (617) 778-7500
                                               Fax:    (617) 778-7501

## **CERTIFICATE OF SERVICE**

     I, Robert B. Smith, an attorney, hereby certify that I caused true and correct copies of the foregoing Memorandum of Law in Support of Defendant Bruegger's Enterprises, Inc.'s Motion to Dismiss to be served upon the parties listed below via mail this 15th day of September 2005.

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA  02109-4900
Attorney for Plaintiff

Christopher J. Panos
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Attorney for Bruegger's Corporation

                                               /s/ Robert B. Smith
                                               Robert B. Smith