# EXHIBIT 4

# BAYSTATE BAGELS, INC.

## SCHEDULE 2.1(a)(x)

### Real Property Leases

| Store # | Location | Landlord |
|---|---|---|
| 04-0038 | 12 Main St., Brookside Plaza, Brattleboro, VT 05301 | BAST Investment Company, LLC |
| 04-0042 | 96-98 Main Street, Northampton, MA 01060 | Mauro and Claire Aniello |
| 04-0055 | 1 So. Main St., W. Hartford, CT 06107 | Edith Gaberman Sudarsky, Naomi Gaberman Vogel, Doris Wittkin Bunshaft, Co-Trustee and Robert Bunshaft, Co-Trustee |
| 04-0092 | Shops at River Park, 45 E. Main St., Avon, CT 06001 | Shops at Applewoods, LLC |
| 04-0151 | 2801 Main St., Glastonbury, CT 06033 | Nutmeg Realty Holdings, LLC |

C:\Data\Jessica\Sun Capital\Bruegger's Bagles\Restructuring\Schedules\Assumed Leases - Baystate (8-5-03).doc

# CHAMPLAIN MANAGEMENT SERVICES, INC.

## SCHEDULE 2.1(a)(x)

### Real Property Leases

| Store # | Location | Landlord |
|---|---|---|
| 12-9998 Corporate Office | 159 Bank Street, Burlington, VT 05401 | Howard Opera House Associates, LLC |

C:\Data\Jessica\Sun Capital\Bruegger's Bagles\Restructuring\Schedules\Assumed Leases - CMS.doc

# IRON CITY BAGELS, INC.

## SCHEDULE 2.1(a)(x)

### Real Property Leases

| Store # | Location | Landlord |
|---|---|---|
| 11-0056 | 3714 Forbes Ave., Pittsburgh, PA 15213 | James J. Coyne/Nathan Schwartz |
| 11-0061 | 1717-21 Murray Ave., Pittsburgh, PA 15217 | Richard Stern 2000 Irrev Trust |
| 11-0064 | 1720 Washington Rd., Pittsburgh, PA 15241 | Arthur C. Schwotzer |
| 11-0079 | 10502 Perry Highway, Route 19, Wexford, PA 15090 | Wexford Plaza Co. |
| 11-0080 | 1644 Cochran Road, Mt. Lebanon, PA 15220 | Venture One Partners, Ltd. |
| 11-0081 | 4885 McKnight Rd., Pittsburgh, PA 15237 | McKnight Siebert Shopping Center |
| 11-0102 | 531 Grant Street, Pittsburgh, PA 15219 | The Omni William Penn Hotel |
| 11-0104 | 26 Market Street, Market Square, Pittsburgh, PA 15222 | Nicholas G. Nicholas and Diane M. Landis |
| 11-0120 | 429 4th Ave., Pittsburgh, PA 15219 | DTPM, Inc. |
| 11-0122 | 422 Beaver Street, Sewickley, PA 15143 | G-MAC Properties |
| 11-0162 | 411 Seventh Ave., Pittsburgh, PA 15219 | 411 Seventh Avenue Assoc., LP |
| 11-0236 | 806 South Aiken Ave., Shadyside, Pittsburgh, PA 15232 | John C.R. Kelly Realty, Inc. |
| 11-0239 | 3527 Washington Rd., Bell Tower Shops, McMurray, PA 15317 | Bell Tower Associates |
| 11-0240 | 1134 Thorn Run Rd. Ext., Coraopolis, PA 15108 | Thorn Run Development Company |
| 11-0241 | 5213 Library Road, South Park Shops, Bethel Park, PA 15102 | SPS Properties LP |
| 11-0254 | 333 Allegheny River Blvd., Oakmont, PA 15139 | SIBRO Enterprises |
| 11-0490 | 1801 East Carson St., Pittsburgh, PA 15203 | 1801 Associates, Inc. |
| Commissary 11-0999 | Pittsburgh Industrial Park, 402 High Tech Dr., Oakdale, PA 15071 | Brown, Ferry and Mangine |

C:\Data\Jessica\Sun Capital\Bruegger's Bagels\Restructuring\Schedules\Assumed Leases - Iron City (8-5-0).doc

## Subleases

| Store # | Location | Subtenant | Prime Landlord |
|---|---|---|---|
| 16-S083 | 601 E. Silver Spring Dr., Whitefish Bay, WI 53217 | Stone Creek (Giri Corp. d/b/a Stone Creek Coffee) | James & Diane Koch, Thomas, Donald & Terrance Stuhlmacher, d/b/a K&S Investments |
| 16-S256 | 3310 University Ave., Madison, WI 53703 | Ancora Coffee Roasters Inc. | Kaminski & Associates |
| 16-S283 | 8310 West Blue Mound Rd, Wauwatosa, WI 53213 | Stone Creek (Giri Corp. d/b/a Stone Creek Coffee) | Philip & Leander Jennings |
| 16-S284 | 1043 East Summit Ave., Oconomowoc, WI 53066 | Stone Creek (Giri Corp. d/b/a Stone Creek Coffee) | Bonneywell Village Associates |
| 24-S145 | 29433 Orchard Lake Rd, Farmington Hills, MI 48336 | Dragon Millenium (original sublease with Caribou Coffee, assigned to Dragon Millenium) | Mario & Flora Daniele |

NORSTAR BAGEL BAKERIES, INC.

SCHEDULE 2.1(a)(x)

Real Property Leases

| Store # | Location | Landlord |
|---|---|---|
| 09-0015 | 1500 W. Lake St., Minneapolis, MN 55408 | B&A Retail Partners, LLC |
| 09-0021 | 4412 France Ave. S., Edina, MN 55410 | B&A Retail Partners, LLC |
| 09-0022 | 800 Grand Ave., St. Paul, MN 55105 | C & A Properties |
| 09-0023 | 2136 Ford Parkway, St. Paul, MN 55116 | Highland Village Center, LLC |
| 09-0041 | 3358 Winnetka Ave N., New Hope, MN 55428 | Inland Commercial Properties |
| 09-0045 | 1601 County Rd. 42 West, Burnsville, MN 55306 | Aurora Investments Ltd Ptrshp |
| 09-0046 | 2233 Energy Park Dr., Ste.100, St. Paul, MN 55108 | Park Crossing, Inc. |
| 09-0050 | 1 West 7th Place, St. Paul, MN 55102 | Kelly Brothers |
| 09-0067 | 4953 Penn Ave. S., Minneapolis, MN 55409 | B&A Retail Partners, LLC |
| 09-0071 | 1808 S. Plymouth Rd., Minnetonka, MN 55305 | Ridgedale Plaza Ltd. Partnership |
| 09-0089 | 7745 150th St. W., Apple Valley, MN 55124 | Ambrose Properties LC |
| 09-0090 | 651 Nicollet Mall #139, Minneapolis, MN 55402 | Brookfield Retail Centers, Inc |
| 09-0150 | Park Village, 5400 Excelsior Blvd Ste A, St. Louis Park, MN 55416 | Park Village Ltd. Liability Co |
| 09-0174 | 815 25th Ave. S., Minneapolis, MN 55454 | Fairiver, LLC |
| 09-0195 | No. Oaks Village Center, 111 Village Center Drive, North Oaks, MN 55127 | North Oaks Village Ctr Ptship |
| 09-0222 | 6600 Penn Ave. South, Richfield, MN 55423 | Fairiver, LLC |
| 09-0225 | 4000 Annapolis Lane, Ste 109, Plymouth, MN 55446 | Rockford Square LLP |
| 09-0233 | City Center Plaza, 8320 City Center Dr., Ste A, Woodbury, MN 55125 | Bellwood Pantership |
| 09-0237 | Roseville Shopping Ctr., 2712 Lincoln Drive, Roseville, MN 55113 | Har-Mar, Incorporated |
| 09-0246 | 4554 Nicollet Ave. South, Minneapolis, MN 55409 | Fairiver, LLC |
| 09-0266 | 7801 Southtown Ctr., Bloomington, MN 55431 | Kraus-Anderson, Inc. |
| 09-0313 | Sun Ray Shopping Ctr., 2133 Hudson Rd., Suite 3, St. Paul, MN 55119 | Bradley Operating LP |
| 09-0353 | Cedar Cliff Shopping Ctr., 2149A Cliff Road, Eagan, MN 55122 | Cedar Cliff Properties, LLC |
| 09-0354 | Leisure Lane Shopping Ctr., 7101 France Ave., Edina, MN 55435 | Leisure Lane Partners LLC |
| 09-0438 | 228 East Hennepin Ave., Minneapolis, MN 55414 | St. Anthony Historic |
| 09-0469 | 3809 West Old Shakopee Rd., Bloomington, MN 55431 | PAS Group |
| 09-0520 | 720 Washington Ave. SE, Minneapolis, MN 55414 | Juno Investment Corp. |
| 09-0523 | 1650 Park Place Blvd., St. Louis Park, MN 55416 | Inland Commercial Properties |
| 09-0610 | Stillwater Market Place, 1970 Market Drive, Stillwater, MN 55082 | Urban Associates |
| 09-0626* | 9641 Anderson Lakes Pkwy, Eden Prairie, MN 55344 | Jerry's Enterprises, Inc. |

1

| Store # | Location | Landlord |
|---|---|---|
| Norstar Office 09-9998 | 1433 East Franklin Ave., Suite 3B, Minneapolis, MN 55404 | Amer. Indian Bus. Dev. Corp. |
| Commissary 09-9999 | 1311 East Franklin Ave., Minneapolis, MN 55404 | Amer. Indian Bus. Dev. Corp. |

* Operated by Lethe LLC. No written evidence of assignment

## Subleases

| Store # | Location | Subtenant | Prime Landlord |
|---|---|---|---|
| 09-S015 | 1500 W. Lake St., Minneapolis, MN 55408 | Ceefay, Inc. dba Dunn Brothers Coffee, Inc. | B&A Retail Partners, LLC & KCP Properties LLC |
| 09-021S | 4412 France Ave. S, Edina, MN 55410 | Caribou Coffee Company, Inc. | B&A Retail Partners, LLC & KCP Properties LLC |
| 09-S021 | 4412 France Ave. S, Edina, MN 55410 | Mega Sports, Inc. | B&A Retail Partners, LLC & KCP Properties LLC |
| 09-0S21 (Apt. 1) | 4412 France Ave. S, Edina, MN 55410 | Jeffrey Anderson | B&A Retail Partners, LLC & KCP Properties |
| 09-0S21 (Apt. 2) | 4412 France Ave. S, Edina, MN 55410 | Christopher Bergstorm | B&A Retail Partners, LLC & KCP Properties |
| 09-0S21 (Apt. 3) | 4412 France Ave. S, Edina, MN 55410 | Emilio Hernandez | B&A Retail Partners, LLC & KCP Properties |
| 09-0S21 | 4412 France Ave. S, Edina, MN 55410 | Richard E. Kramer dba Dick's Barbers | B&A Retail Partners, LLC & KCP Properties LLC |
| 09-S067 | 4953 Penn Ave. S, Minneapolis, MN 55409 | Pamela Dorset Inc., dba Calhoun Beach Framing | B&A Retail Partners, LLC & KCP Properties LLC |
| 09-S071 | 1808 S. Plymouth Rd., Minnetonka, MN 55305 | Caribou Coffee Company, Inc. | Ridgedale Plaza Ltd. Partnership |

C:\Data\Jessica\Sun Capital\Bruegger's Bagles\Restructuring\Schedules\Assumed Leases - Norstar (8-5-03 v2).doc

2

# TARHEEL BAGELS, INC.

## SCHEDULE 2.1(a)(x)

### Real Property Leases

| Store # | Location | Landlord |
|---|---|---|
| 77-0164 | 9007 Pineville Matthew Rd.,Park Place Shopping Ctr., Pineville, NC 28226 | RBB Investments, Inc. |
| 77-0193 | 106 So. Sharon Amity Rd., Cotswold Mall, Charlotte, NC 28134 | Cotswold Center Abbey Court LLC |
| 77-0226 | 1905 Matthews Parkway, Festival Shopping Ctr., Matthews, NC 28105 | Speedway University, LLC |
| 77-0228 | 20619 Torrence Chapel Rd., Southlake Shopping Ctr., Cornelius, NC 28031 | Southeast Southlake, LLC |
| 77-0273 | 4327 Park Rd., Bldg.#25, Park Rd. Shopping Ctr., Charlotte, NC 28209 | Park Road Shopping Center Inc |
| 77-0504 | 431 Pisgah Church Rd., N. Elm Village Shopping Ctr., Greensboro, NC 27455 | Koury Corporation |
| 77-0505 | 3116 West Friendly Ave., Greensboro, NC 27408 | Starmount Company |
| 77-0516 | 9211 No. Tryon St., Ste.13, Mallard Pt. Shopping Ctr., Charlotte, NC 28262 | Mallard Pointe Associates, LLC (East Boulevard) |
| 77-0612 | 3211 Battleground Ave., Greensboro, NC 27408 | Kotis Holdings LLC |

### Subleases

| Store # | Location | Subtenant | Prime Landlord |
|---|---|---|---|
| 77-S273 | 4327 Park Rd., Bldg. #25, Charlotte, NC 28209 | Caribou Coffee Co., Inc. | Park Road Shopping Center, Incorporated |

C:\Data\JessicaSun Capital\Bruegger's Bagles\Restructuring\Schedules\Assumed Leases - Tarheel.doc