UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12222PBS |
| BRUEGGER'S CORPORATION AND BRUEGGER'S ENTERPRISES, INC. | ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF CHRISTOPHER D. HAWKINS IN SUPPORT OF DEFENDANT BRUEGGER'S ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT**

My name is Christopher D. Hawkins. I am counsel for Bruegger's Enterprises, Inc. in this matter. I am familiar with the documents relating to this litigation.

1. Attached hereto at Exhibit 2 is a true and correct copy of the Asset Purchase Agreement (without attachments) between Bagel Acquisition Corp. and Bruegger's Corporation.

2. Attached hereto at Exhibit 3 is a true and correct copy of the "Bruegger's Corporation Lease" between One Maple Street Associates and Bruegger's Corporation.

3. Attached hereto at Exhibit 4 is a true and correct copy of "Schedule 2.1(a)(x)" to the Asset Purchase Agreement between Bagel Acquisition Corp. and Bruegger's Corporation.

FURTHER AFFIANT SAYETH NOT.

1

2

The statements contained herein are true and correct to the best of my knowledge and belief.


Dated: September 15, 2005                    /s/ Christopher D. Hawkins
                                             Christopher D. Hawkins

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Appeared before me this 15th day of September 2005, Christopher D. Hawkins, and affirmed that the statements contained herein are true to the best of his knowledge and belief.

                                             /s/ Diane A. Kraemer
                                             Justice of the Peace

                                             My commission expires July 14, 2009