UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ONE MAPLE STREET ASSOCIATES<br>LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>BRUEGGER'S CORPORATION AND<br>BRUEGGER'S ENTERPRISES, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 04-12222PBS |

**ASSENTED-TO MOTION TO SUBSTITUTE AFFIDAVIT OF DAVID T. AUSTIN
IN SUPPORT OF DEFENDANT BRUEGGER'S ENTERPRISES, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Bruegger's Enterprises, Inc. ("Enterprises") hereby requests permission to substitute the attached Affidavit of David T. Austin for the Affidavit of David T. Austin In Support of Enterprises Motion for Summary Judgment submitted to the Court on September 15, 2005. In support of this motion, Enterprises states as follows:

1. On September 15, 2005, Enterprises submitted a motion for summary judgment in this matter. Attached to and incorporated into the motion was an Affidavit of David T. Austin in Support Defendant Bruegger's Enterprises, Inc.'s Motion for Summary Judgment ("Austin Affidavit").

2. Paragraph 15 of the Austin Affidavit provides in part as follows: "and had not had any contact with the plaintiff since 2000."

3. Enterprises subsequently determined that paragraph 15 should be amended to read as follows: "and had not had any contact with the plaintiff since January 2001."

4. The attached Affidavit of David T. Austin corrects this error.

5. No other changes have been made to the affidavit.

6. Plaintiff's counsel assents to the relief requested herein.

WHEREFORE, in Defendant BRUEGGER'S ENTERPRISES, INC. respectfully requests that this Honorable Court:

A. Permit Enterprises to Substitute the Attached Affidavit of David T. Austin for the Affidavit submitted to the court on September 15, 2005; and

B. Grant such other and further relief as the Court shall deem just and proper.

September 27, 2005

Respectfully submitted,

BRUEGGER'S ENTERPRISES, INC.
By its Attorneys


By:/s/ Robert B. Smith
    Robert B. Smith, BBO# 546580
    Nelson Kinder Mosseau & Saturley, P.C.
    45 Milk Street, 7th floor
    Boston, MA  02109
    Phone:  (617) 778-7500
    Fax:    (617) 778-7501

**CERTIFICATE OF SERVICE**

      I, Robert B. Smith, an attorney, hereby certify that I caused true and correct copies of the foregoing Motion to Dismiss to be served upon the parties listed below this 27th day of September 2005.

Stephen P. Rahavy, Esq.
Law Offices of Stephen P. Rahavy, Esq.
Two Oliver Street
Boston, MA  02109-4900
Attorney for Plaintiff

Christopher J. Panos
Craig and Macauley
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Attorney for Bruegger's Corporation

                                                     /s/ Robert B. Smith
                                                   Robert B. Smith