UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


One Maple Street Associates Limited Partnership,
          Plaintiff,


          V.

                                                    CIVIL ACTION:      04-12222-PBS

Bruegger's Enterprises, Inc.
          Defendant.


## FINAL JUDGMENT


SARIS, U.S.D.J.                                          October 11, 2005


    Pursuant to this Court's endorsed order of October 11, 2005, allowing Defendant

Bruegger's Enterprises, Inc. Motion for Summary Judgment, it is  ORDERED and ADJUDGED

that final judgment is hereby entered in favor of the Defendant Bruegger's Enterprises, Inc.


                                        By the Court,


                                         _/s/ Robert C. Alba
                                        Deputy Clerk