UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ONE MAPLE STREET ASSOCIATES  )
LIMITED PARTNERSHIP,              )
                                                 )
                 Plaintiff,     )
v.                                      )
                                               )   Civil Action No. 04-12222 (PBS)
BRUEGGER'S CORPORATION AND  )
BRUEGGER'S ENTERPRISES, INC.    )
                                               )
                 Defendants.  )
_____)

## AGREEMENT FOR JUDGMENT
## AGAINST BRUEGGER'S CORPORATION

Defendant Bruegger's Corporation and Plaintiff One Maple Street Associates Limited Partnership hereby agree that judgment shall enter for Plaintiff and against Defendant Bruegger's Corporation on Count II of the Complaint as such Count directly relates to Bruegger's Corporation in the amount of $200,000. The parties waive all rights of appeal and any claim for assessment of costs.

| ONE MAPLE STREET ASSOCIATES LIMITED PARTNERSHIP | BRUEGGER'S CORPORATION |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/Stephen P. Rahavy | /s/Joseph J. Koltun |
| Stephen P. Rahavy, Esq. (#410810) | Christopher J. Panos (#555273) |
| Law Offices of Stephen P. Rahavy | Joseph J. Koltun (#641117) |
| 2 Oliver Street, 8th Floor | CRAIG & MACAULEY, P.C. |
| Boston, MA 02109-4900 | Federal Reserve Plaza |
| (617) 451-0700 | 600 Atlantic Avenue |
| | Boston, MA 02210 |
| | (617) 367-9500 |